# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD DONALD MCKNELLY, | ) Case No.: 1:20-cv-01240 JLT |
| Plaintiff, | ) ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, JARROD DONALD MCKNELLY, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |
| Defendant. | ) |

On May 14, 2021, the parties stipulated to a voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 13.) Pursuant to the terms of the stipulation, an ALJ shall issue a new decision. (*Id.* at 1.) Further, the parties stipulated that judgment shall be entered in favor of Plaintiff. (*Id.* at 2.) Based upon the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

2. The Clerk of Court is DIRECTED to enter judgment in favor of Jarrod Donald McKnelly, and against Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __May 14, 2021__          _____ /s/ Jennifer L. Thurston__
                                             CHIEF UNITED STATES MAGISTRATE JUDGE