**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARROD DONALD MCKNELLY,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-1240 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 16) |

On June 16, 2021, Jarrod Donald McKnelly and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses in the amount of $1,600.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 16) Accordingly, the Court **ORDERS:**  Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $1,600.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **June 17, 2021**            _/s/ Jennifer L. Thurston_
                                CHIEF UNITED STATES MAGISTRATE JUDGE